Argued and submitted September 30,
affirmed as modified November 16, 1981

In the Matter of the Marriage of

EGAN,
*Appellant,*
*and*
EGAN,
*Respondent.*

(No. D8005-63584, CA A20691)

635 P2d 1069

Ira L. Gottlieb, Portland, argued the cause and filed the brief for appellant.

John F. Cramer, Jr., Portland, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM.

**PER CURIAM.**

This is an appeal from a degree of dissolution of a short term marriage. Wife challenges the property division. We agree that a modification of the property division is appropriate.

Paragraph four (4) of the decree of dissolution is modified to read in its entirety as follows:

"4. Respondent is awarded the real property located at 1511 N. E. Stanton, subject to a lien in favor of Petitioner in the amount of $16,000 to be paid as follows: $1,000 in cash on or before April 29, 1981, and $15,000 to be paid together with interest at 9% thereon, on or before February 27, 1985."

In all other respects, the trial court decree is affirmed. Costs to appellant.